IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: JOSHUA MYLES BENTON | ) | Case No: 15-01841 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

## MOTION TO AMEND SCHEDULE F POST CONFIRMATION

Comes now the Debtor(s) in the above-styled matter and hereby amends his Chapter 13 Schedules to amend Schedule F to list the following creditor(s) accordingly:

Farni and Farni Family Dentistry            $1,635.12
1064 Industrial Pkwy
Saraland, AL 36571

Debtor(s) hereby move(s) this Honorable Court to modify his Chapter 13 case to include this amendment.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. DATED this 30th day of July, 2015.

/s/ JOSHUA MYLES BENTON
Debtor

/s/
Co-Debtor

/s/ JAMES E. LORIS, JR.
James E. Loris, Jr. (lorij4508)
Attorney for Debtor
P.O. Box 5
Mobile, AL 36601-0005
(251) 432-3100

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed a copy of the foregoing pleading upon Daniel B. O'Brien, Chapter 13 Trustee, by filing same with the United States Bankruptcy Court website properly addressed, and that I have mailed a copy of the foregoing Amendment to Creditor Address Matrix upon the creditor(s) listed above, by depositing a copy in the U.S. Mail properly addressed and first class postage prepaid this 30th day of July, 2015.

      /s/ JAMES E. LORIS, JR
      James E. Loris, Jr.
      Attorney for Debtor(s)