IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

In Re:  JOSHUA MYLES BENTON     )     Case No: **15-01841-WSS-13**
                                )
                                )
        Debtor(s)               )     Chapter 13

## NOTICE AND ORDER ADDING CREDITORS

This matter is before the Court on the petition of the Debtor to amend their schedules adding the following pre-petition creditor:

Farni and Farni Family Dentistry
1064 Industrial Parkway                              $1,635.12
Saraland, AL 36571

Notice of the hearing was given and appearances noted in the record.

It is ORDERED and NOTICE IS GIVEN:

1. The Debtors are allowed to amend originally filed schedules in accordance with the amendment as filed.

2. All Creditors are allowed to file a claim in this proceeding within 30 days from the date of this order.

Dated:   September 4, 2015

_/s/ William S. Shulman_
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE